# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SONIA NICOLE LEGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0676 |
| | ) | Judge Trauger |
| JANET NAPOLITANO, Secretary, | ) | Magistrate Judge Knowles |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| JOHN S. PISTOLE, Administrator, and | ) | |
| TRANSPORTATION SECURITY | ) | |
| ADMINISTRATION, Agency, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On June 6, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 41), to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the Clerk shall transfer this case to the United States District Court for the Southern District of Florida.

It is so **ORDERED.**

Enter this 29th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge